**Order entered May 3, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00950-CR

**MICHAEL VILLASANA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-80223-2020**

### ORDER

Before the Court is appellant's April 30, 2021 final motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief, received with the motion, filed as of the date of this order.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE